**Electronically Filed
Supreme Court
SCWC-19-0000865
26-JUN-2024
07:59 AM
Dkt. 12 ODAC**

SCWC-19-0000865
(Consolidated with SCWC-22-0000408)

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCWC-19-0000865

THE BANK OF NEW YORK MELLON, fka THE BANK
OF NEW YORK, AS TRUSTEE (CWALT 2006-32CB),
Respondent/Plaintiff-Appellee,

vs.

DENNIS DUANE DeSHAW and SUSAN KAY BROER-DeSHAW,
Petitioners/Defendants-Appellants.

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
solely as nominee for FIRST MAGNUS FINANCIAL CORPORATION; and
VILLAGE PARK COMMUNITY ASSOCIATION,
Defendants-Appellees.

---

SCWC-22-0000408

THE BANK OF NEW YORK MELLON, fka THE BANK
OF NEW YORK, AS TRUSTEE (CWALT 2006-32CB),
Respondent/Plaintiff-Appellee,

vs.

DENNIS DUANE DeSHAW and SUSAN KAY BROER-DeSHAW,
Petitioners/Defendants-Appellants.

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
solely as nominee for FIRST MAGNUS FINANCIAL CORPORATION; and
VILLAGE PARK COMMUNITY ASSOCIATION,
Defendants-Appellees.

and

SUSAN KAY BROER-DeSHAW,
Counterclaim Plaintiff-Appellant,

vs.

THE BANK OF NEW YORK MELLON, fka THE BANK
OF NEW YORK, AS TRUSTEE (CWALT 2006-32CB),
Counterclaim Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000865; CAAP-22-0000408; CASE NO. 1CC161001821)

<u>ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners Dennis Duane DeShaw and Susan Kay Broer-DeShaw's Amended Application for Writ of Certiorari in SCWC-19-0000865, filed on May 3, 2024, and Amended Application for Writ of Certiorari in SCWC-22-0000408, filed on May 3, 2024, are hereby rejected.

DATED: Honolulu, Hawaiʻi, June 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



2